QUIJANO & ENNIS
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038
TEL. (212) 686-0666
FAX. (212) 686-8690

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/14
```

November 14, 2014

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 19, 2014

**VIA ECF and FACSIMILE (212) 805-7986**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *U.S. v. Sarvesh Dharayan, et al.,* 13 CR 780 (PGG)

Dear Judge Gardephe:

I am the attorney for the defendant Sarvesh Dharayan in the above-referenced matter. The purpose of this letter is to respectfully request that Mr. Dharayan's sentencing, currently scheduled for December 3, 2014, at 11:00 a.m., be adjourned to January 5, 2015 at 2:30 p.m., a date and time which I understand is convenient for the Court. The continuance is necessary in order to afford the defendant and the government the opportunity to resolve several sentencing issues, including restitution. I have conferred with Assistant United States Attorney Elisha Kobre, and I understand that the **government has no objection to this request**.

Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,

*Peter E. Quijano*

Peter Enrique Quijano

cc: A.U.S.A. Elisha Kobre (by email Elisha.Kobre@usdoj.gov)