USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

SARVESH DHARAYAN,

                       Defendant.

**ORDER**

13 Cr. 780 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS, with the Defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 30, 2014;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS upon review of that transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Dated: New York, New York
       December 18, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge