U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2015

**BY ECF AND ELECTRONIC MAIL**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

  Re: *United States v. Sarvesh Dharayan*, 13 Cr. 780 (PGG)

Dear Judge Gardephe:

  The Government respectfully submits this letter in advance of the sentencing of Sarvesh Dharayan, scheduled for February 17, 2015 at 2:30 p.m. and in brief response to Dharayan's sentencing memorandum, which was not dated but submitted on February 3, 2015. For the reasons set forth in the Government's sentencing memorandum dated December 30, 2014 (dkt # 86) and those set forth below, the Government respectfully requests that the Court impose a sentence within the applicable Guidelines range of 37 to 46 months' imprisonment, a sentence sufficient but not greater than necessary to satisfy the purposes of sentencing as set forth in 18 U.S.C. § 3553(a), particularly to afford adequate deterrence to criminal conduct, and to reflect the seriousness of the offense and promote respect for the law.

  *First*, contrary to Dharayan's assertions, Dharayan is substantially more culpable than his co-defendant Sanjay Gupta. It was Dharayan's company, Apex Technology Group, Inc. ("Apex"), not Gupta, which stood to gain the most by fraudulently obtaining the victim, MultiPlan's, business. Indeed, from about 2010 to 2012, Dharayan's company, Apex, received about $6,625,479.20 from the Victim. It was moreover a company formed and controlled by Dharayan – not Gupta – called Blackstone Consulting group, that Dharayan used to funnel and conceal bribes to Anil Singh, MultiPlan's Director of Database Administration. These bribe payments, orchestrated and made regularly by Dharayan, totaled at least $1,722,620. Moreover, e-mails obtained during the investigation show that Dharayan directly and brazenly communicated openly with Singh via e-mail about the bribe payments. For example, as set forth in the criminal complaint filed in this case, e-mails obtained during this investigation show the following:

- On or about July 14, 2011, Dharayan e-mailed Singh discussing Singh's "share" of the hourly billings performed by Dharayan's company, Apex. In the e-mail, Dharayan, not Gupta, instructs Singh regarding what Singh's "share" was for two

      database administrators Apex placed with MultiPlan and further directs Singh to "update your records and correct your invoice."

- On or about April 27, 2012, it was Dharayan, not Gupta, who sent an e-mail to Singh expressly asking for an invoice from Nean Consulting, a company Singh used to accept bribe payments. In the e-mail, Dharayan, wrote "Need Jan Invoice in amount of $98780.75." Bank records for Nean Consulting show that just days earlier Dharayan – not Gupta – wrote four checks from Dharayan's company Blackstone to Nean, totaling $98,870.75, the precise amount Dharayan had written to Singh.

      Dharayan's suggestion that it was Singh and Gupta who "effectively corrupted" Dharayan (Def. Mem. 34), when it was: Dharayan and Dharayan's company, Apex, that directly executed the fraud and received the fraudulent proceeds; Dharayan's conduit company, Blackstone, controlled by Dharayan, not Gupta, that Dharayan used to make and conceal over $1.7 million in bribe payments; and Dharayan who directly communicated via e-mail with Singh about Singh's "share" of MultiPlan's payments to Apex and sought fake invoices to conceal the bribes, reflects a failure to fully come to terms with his conduct.

      *Second*, contrary to Dharayan's assertions, the evidence supports the finding in the PSR that Dharayan paid for Singh's airfare and hotel accommodations for a September 2011 trip to Las Vegas as part of the bribe. As reflected in a September 6, 2011 e-mail from Dharayan to Singh, it was Dharayan who scheduled and arranged this trip. Moreover, based on airline records and information from Singh, it was Dharayan who paid for Singh's roundtrip airfare and hotel accommodations – on the Las Vegas strip – and there was no legitimate business purpose for this trip.

      *Third*, Dharayan should not be permitted to complain that he allegedly did not receive payment from MultiPlan – for business he obtained only through fraud – for a period of several months while MultiPlan was conducting an internal investigation to determine the nature and extent of the fraud. During its internal investigation, which began based upon information provided on June 28, 2012 by an inside source, and concluded with firing of Keith Bush, MultiPlan's Chief Information Officer, and Singh on September 16, 2012, Dharayan continued submitting invoices from Apex for business obtained through the fraudulent scheme. These invoices, which spanned the period from about July 18, 2012 through September 7, 2012, totaled $786,622 (not $1,177,461 as alleged by Dharayan, *see* Attachment A hereto). The day after Bush and Singh were fired, Apex was terminated. Earlier termination of Apex would likely have prematurely revealed the investigation, likely resulting in the destruction of evidence and potentially flight from prosecution by others involved in the scheme. Dharayan's attempt to mitigate his wrongdoing by blaming MultiPlan for not paying his bills while it investigated Dharayan's own misconduct is nothing other than a classic attempt to blame the victim and should be rejected.

      *Fourth*, the Court should order forfeiture in the amount of $1,722,620, as set forth in the plea agreement, and restitution in the amount of $1,742,619. Restitution in the full amount of the bribes is appropriate. The bribe payments represent not payments to the database administrators

who were placed by Apex but rather monies for which MultiPlan received no value. Certainly, payments above amounts actually paid to database administrators do not reflect any value added by Apex, which only obtained the business through fraud. Moreover, according to MultiPlan, database administrators placed by Apex were often less qualified than MultiPlan had been led to believe. As an example, one of Apex's "senior level" database administrators was terminated after making multiple significant computing mistakes, including, deleting data in a key table in the company's core re-pricing application. Because MultiPlan received no value for the bribe payments and because Apex's staffing was not in line with what MultiPlan was led to believe, the Court should order restitution in the full amount of the bribe payments, $1,742,619.

Finally, the Government wishes to advise the Court that Robert L. Peabody, Esq., an attorney with Jackson Lewis, P.C., which represents the Victim, MultiPlan, wishes to address the Court at sentencing. *See generally* Crime Victims' Right Act, 18 U.S.C. § 1771.

        Very truly yours,

        PREET BHARARA
        United States Attorney

by: _____/s/_____
        Elisha J. Kobre
        Assistant United States Attorney
        (212) 637-2599

cc: Peter E. Quijano, Esq. (by e-mail)
    Anna N. Sideris, Esq. (by e-mail)

# EXHIBIT A

| ID | Document Status | Workflow | Status | Vendor Code | Vendor Name | Invoice Number | Invoice Date | Invoice Total | INV Desc | Voucher # | Check Number | Check Date | Check Amount | Rejection Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309896 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22126 | 7/18/2012 | 24610 | 6/1-6/30/12 214HRS PIGGOTT | 191480 | | | | |
| 309901 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22223 | 7/31/2012 | 18480 | 7/1-7/31/12 168HRS JAMBILI | 191482 | | | | |
| 309902 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22239 | 8/1/2012 | 19656 | 7/1-7/31/12 168HRS KATYAL | 191535 | | | | |
| 309903 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22244 | 8/1/2012 | 17600 | 7/1-7/31/12 160HRS LALITHYA | 191536 | | | | |
| 309904 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22255 | 8/1/2012 | 22156 | 7/1-7/31/12 191HRS VENKATESH | 191537 | | | | |
| 309905 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22268 | 8/1/2012 | 18397.5 | 7/1-7/31/12 167.25HRS GERALD | 191538 | | | | |
| 309906 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22272 | 8/3/2012 | 23430 | 7/1-7/31/12 213HRS TAMMANA | 191539 | | | | |
| 309907 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22273 | 8/3/2012 | 18170 | 7/1-7/31/12 158HRS JAIN | 191540 | | | | |
| 309908 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22274 | 8/3/2012 | 6720 | 7/1-7/31/12 64HRS VUPPALA | 191541 | | | | |
| 309909 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22291 | 8/3/2012 | 29210 | 7/1-7/31/12 254HRS MOHITE | 191542 | | | | |
| 309910 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22296 | 8/3/2012 | 20130 | 7/1-7/31/12 183HRS VANGURU | 191549 | | | | |
| 309912 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22300 | 8/10/2012 | 24650 | 7/1-7/31/12 170HRS PATEL | 191633 | | | | |
| 309913 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22301 | 8/10/2012 | 18480 | 7/1-7/31/12 176HRS SHAH | 191634 | | | | |
| 309914 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22302 | 8/10/2012 | 24522 | 7/1-7/31/12 201HRS KADAVAKOLLU | 191635 | | | | |
| 309915 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22303 | 8/10/2012 | 28710 | 7/1-7/31/12 198HRS MANCHANDA | 191636 | | | | |
| 309916 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22305 | 8/10/2012 | 26105 | 7/1-7/31/12 227HRS PIGGOTT | 191637 | | | | |
| 309917 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22306 | 8/10/2012 | 22660 | 7/1-7/31/12 206HRS MANUKONDA | 191638 | | | | |
| 309925 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22270 | 8/3/2012 | 20700 | 7/1-7/31/12 180HRS YESHWANTH | 191632 | | | | |
| 309926 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22409 | 8/16/2012 | 9200 | 7/1-7/31/12 80HRS SRIVASTAVA | 191642 | | | | |
| 310930 | Incomplete | | | APEXT001 | APEX TECHNOLOGY GROUP INC | 22644 | 9/10/2012 | 13800 | 8/1-8/31/12 120HRS PATEL | 192199 | | | | |
| 309911 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22299 | 8/10/2012 | 19320 | 7/1-7/31/12 168HRS KARTIK | | | | | |
| 310915 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22304 | 8/10/2012 | 3480 | 8/1-8/3/12 24HRS MANCHANDA | | | | | |
| 310916 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22525 | 8/31/2012 | 21528 | 8/1-8/31/12 184HRS KATYAL | | | | | |
| 310917 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22523 | 8/31/2012 | 20460 | 8/1-8/31/12 186HRS SANDEEP | | | | | |
| 310918 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22526 | 8/31/2012 | 24150 | 8/1-8/31/12 210HRS MOHITE | | | | | |
| 310919 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22531 | 8/31/2012 | 25868 | 8/1-8/31/12 223HRS VENKATESH | | | | | |
| 310920 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22535 | 8/31/2012 | 23100 | 8/1-8/31/12 210HRS MANUKONDA | | | | | |
| 310921 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22537 | 8/31/2012 | 21390 | 8/1-8/31/12 186HRS YESHWANTH | | | | | |
| 310922 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22560 | 8/31/2012 | 18515 | 8/1-8/31/12 161HRS JAIN | | | | | |
| 310923 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22590 | 9/6/2012 | 17600 | 8/1-8/31/12 160HRS LALITHYA | | | | | |
| 310924 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22591 | 9/7/2012 | 19320 | 8/1-8/31/12 184HRS SHAH | | | | | |
| 310925 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22592 | 9/7/2012 | 20680 | 8/1-8/31/12 188HRS VANGURU | | | | | |
| 310926 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22594 | 9/7/2012 | 25010 | 8/1-8/31/12 205HRS KADAVAKOLLU | | | | | |
| 310927 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22615 | 9/7/2012 | 24495 | 8/1-8/31/12 213HRS PIGGOTT | | | | | |
| 310928 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22620 | 9/7/2012 | 15785 | 8/1-8/31/12 143.5HRS GERALD | | | | | |
| 310929 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22660 | 9/11/2012 | 21160 | 8/1-8/31/12 184HRS SRIVASTAVA | | | | | |
| 310931 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22527 | 8/31/2012 | 19780 | 8/1-8/31/12 172HRS KARTIK | | | | | |
| 310932 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22596 | 9/7/2012 | 12075 | 8/1-8/31/12 115HRS VUPPALA | | | | | |
| 310933 | Pre-Indexed | AP Processing | Do Not Pay | APEXT001 | APEX TECHNOLOGY GROUP INC | 22593 | 9/7/2012 | 25520 | 8/1-8/31/12 176HRS PATEL, PARIMAL | | | | | |

$ 786,622.50

CONFIDENTIAL