QUIJANO & ENNIS
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038
TEL: (212) 686-0666
FAX: (212) 686-8690

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/16
```

August 5, 2016

**MEMO ENDORSED**

**VIA ECF AND FACSIMILE (212) 805-7986**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

SO ORDERED:

[signature]
Paul G. Gardephe, U.S.D.J.
Dated: 8/9/16

Re:   *U.S. v. Sarvesh Dharayan, et al.* 13 Cr. 780 (PGG)

Dear Judge Gardephe:

On August 5, 2015 the Court, at the Defendant's request, ORDERD a temporary modification of the travel restrictions of Sarvesh Dharayan in the above-referenced matter, in order to permit him, his wife and two children, to travel by car to Niagara Falls, New York on Thursday August 18th and return no later than Tuesday, August 23, 2016. In the letter requesting the modification, Counsel stated incorrect travel dates. The **correct dates** of travel are from **August 26th to August 30, 2016**. I apologize for the error. **Neither the government, Southern District of New York Pretrial, and New Jersey Pretrial had any objection to the initial request**, and I presume that there is no objection the request for a temporary modification for the correct dates in August.

Accordingly, it is respectfully requested that the Personal Recognizance Bond for Sarvesh Dharayan in U.S. v. Dharayan, 13 Cr. 780 (PGG), be temporarily modified to permit Sarvesh Dhahran to travel, by car, from his home in New Jersey to Niagara Falls, New York from August 26, 2016 to August 30, 2016. Again, I apologize to the Court and the Parties for my error.

Honorable Paul G. Gardephe, U.S.D.J.
August 5, 2016
Page two

    Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

                      Respectfully submitted,

                      *Peter Enrique Quijano*

                      Peter Enrique Quijano

cc:  A.U.S.A. Elisha Kobre (by email Elisha.Kobre@usdoj.gov)
      U.S. Pretrial Services Officer Francesca Tessier-Miller (by email Francesca_tessier-miller@nyspt.uscourts.gov)
      U.S. Pretrial Services Officer Elizabeth Charleston (by email elizabeth_charleston@njpt.uscourts.gov)